IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 05-cv-00728-WYD-BNB

CARLOS SANFORD, on behalf of himself (and all others similarly situated),

Plaintiff,

v.

ALLSTATE INDEMNITY COMPANY, an Illinois corporation,

Defendant.
_____

**ORDER**
_____

This matter is before me on the **Defendant's Motion for Entry of Protective Order to Stay Discovery Pending Resolution of Its Motion to Dismiss** (the "Motion to Stay"), filed June 17, 2005. At the scheduling conference held this morning, I made rulings on the record concerning this motion. In summary and for the reasons stated on the record:

IT IS ORDERED that the Motion to Stay is DENIED.

IT IS FURTHER ORDERED that the hearing on the Motion to Stay set for **July 15, 2005, at 8:30 a.m.,** is VACATED.

Dated June 29, 2005.

BY THE COURT:

/s/ Boyd N. Boland
United States Magistrate Judge