IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  05-cv-728-WYD-BNB

CARLOS SANFORD, on behalf of himself and all others similarly situated,

    Plaintiff(s),

v.

ALLSTATE INDEMNITY COMPANY, an Illinois corporation,

    Defendant(s).

## ORDER

THIS MATTER is before the Court on the parties' Joint Notice Regarding Larry Meurisse, filed October 14, 2005.  In their Notice, the parties informed the Court that Allstate agent Larry Meurisse is likely to be an important witness in this case.  The parties brought this to the Court's attention, because I am one of Mr. Meurisse's insurance clients.  I note that I do not know Mr. Meurisse outside this context.  Nonetheless, the parties shall present in writing any ethical considerations or implications that they believe this situation presents by **Monday, November 7, 2005**.

    Dated:  October 26, 2005

                                BY THE COURT:

                                s/ Wiley Y. Daniel
                                Wiley Y. Daniel
                                U. S. District Judge