IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 05-cv-00728-EWN-BNB

CARLOS SANFORD, on behalf of himself (and all others similarly situated),

Plaintiff,

v.

ALLSTATE INDEMNITY COMPANY, an Illinois corporation,

Defendant.
_____

## ORDER
_____

This matter is before me on the parties' **Joint Motion to Modify Scheduling Order** (the "Motion"), filed December 12, 2005. I held a hearing on the Motion this afternoon and made rulings on the record, which are incorporated here. In summary and for the reasons stated on the record:

IT IS ORDERED that the Motion is GRANTED to the following extent:

Defendant's response to the motion for class certification is due on or before **January 9, 2006**; plaintiff's reply is due on or before **January 31, 2006**;

Rebuttal experts on class certification issues shall be designated and all information specified in Fed. R. Civ. P. 26(a)(2) disclosed on or before **December 19, 2005**;

Experts on issues other than class certification shall be designated and all information specified in Fed. R. Civ. P. 26(a)(2) disclosed on or before **January 25, 2006**; and rebuttal experts on those issues shall be designated and all information specified in Fed. R. Civ. P. 26(a)(2) disclosed on or before **February 24, 2006**; and

Plaintiff Carlos Sanford shall make himself available to be seen by the defendant's experts on or before **January 10, 2006**.

IT IS FURTHER ORDERED that the Motion is DENIED in all other respects.

Dated December 16, 2005.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge